**QUILL & ARROW, LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Luis Serrano, Esq. (SBN 349024)
lserrano@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645

Attorney for Plaintiff,
**CAROL CID ARIAS**

Soheyl Tahsildoost, Esq. (SBN 271294)
st@thetafirm.com
Mehgan Gallagher, Esq. (SBN 338699)
mg@thetafirm.com
eservice@thetafirm.com
**THETA LAW FIRM, LLP**
12100 Wilshire Blvd., Ste. 1070
Los Angeles, CA 90025

Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL CID ARIAS, an individual, | Case No: 5:23-cv-00071-SSS-SHK |
| Plaintiff, | District Judge: Sunshine Suzanne Sykes<br>Magistrate Judge: Shashi H. Kewalramani |
| vs. | |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, | **STIPULATION AND ORDER OF DISMISSAL** |
| Defendants. | |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff, CAROL CID ARIAS, and Defendant, MERCEDES-BENZ USA, LLC, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

Dated:  March 19, 2024                     **THETA LAW FIRM, LLP**


By:  /s/Mehgan Gallagher
_____
Soheyl Tahsildoost, Esq.
Mehgan Gallagher, Esq.
Attorneys for Defendant
MERCEDES-BENZ USA, LLC


Dated:  March 19, 2024                     **QUILL & ARROW LLP**


By:  *Kevin Y. Jacobson*
_____
Kevin Y. Jacobson, Esq.
Luis Serrano, Esq.
Attorneys for Plaintiff
CAROL CID ARIAS