# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL CID ARIAS, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 5:23-cv-00071-SSS-SHKx<br><br>District Judge: Sunshine Suzanne Sykes<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, in accordance with the terms of the written settlement agreement entered into between the parties.

**IT IS SO ORDERED.**

DATE: March 20, 2024          By: _____
SUNSHINE S. SYKES
U.S. DISTRICT COURT JUDGE